**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GOOSEBERRY NATURAL RESOURCES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CONDESA, INC., <br> MASS MEDIA DISTRIBUTION, LLC <br> MEK ENTERPRISES d/b/a <br> ERELEASES.COM, <br> PROVEN WAYS, INC., <br> PR WORLDWIDE, INC., and <br> RV MEDIA, LLC d/b/a PR 18 NETWORK, <br><br> Defendants. | Civil Action No. _____ <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Fed. R. Civ. P., Plaintiff Gooseberry Natural Resources LLC ("Gooseberry") hereby discloses, by and through its undersigned counsel, that it is a limited liability company. Gooseberry's sole parent company is Vertigo Holding, LLC. No publicly held corporation owns 10% or more of Gooseberry's stock.

Respectfully submitted,

Dated: June 24, 2010

*/s/Melissa Richards Smith*
Melissa Richards Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-.9257
E-mail: melissa@gillamsmithlaw.com

**ATTORNEY FOR PLAINTIFF**